FILED: August 15, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1374
(1:12-cv-00333-TDS-JEP)

_____

KENNETH L. HUNTER; RICK A. DONATHAN; JERRY D. MEDLIN

      Plaintiffs - Appellants

v.

TOWN OF MOCKSVILLE, NORTH CAROLINA; ROBERT W. COOK, in his official capacity as Administrative Chief of Police of the Mocksville Police Department and in his individual capacity; CHRISTINE W. BRALLEY, in her official capacity as Town Manager of the Town of Mocksville and in her individual capacity

      Defendants - Appellees

and

INTERLOCAL RISK FINANCING FUND OF NC

      Intervenor - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 09/11/2017

Opening brief due: 09/11/2017

Response brief due: 10/10/2017

Any reply brief: 14 days from service of response brief.

                                          For the Court--By Direction

                                          <u>/s/ Patricia S. Connor, Clerk</u>

Appeal: 17-1374      Doc: 41          Filed: 08/15/2017      Pg: 2 of 2