# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 25, 2017

_____

DOCKET CORRECTION NOTICE
_____

No.   17-1374,        Kenneth L. Hunter v. Town of Mocksville, NC
                      1:12-cv-00333-TDS-JEP

TO:   Reynolds Michael Elliot
      Robert Mauldin Elliot

FILING CORRECTION DUE:  October 2, 2017

Please make the correction identified below and file a corrected document by the date indicated.

[X] Volume IV is not included in the electronic version of the corrected appendix. Volume VI was filed twice with two different covers. Please file complete corrected electronic appendix, along with paper copies.

Emily Musser, Deputy Clerk
804-916-2704