# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 3, 2017

_____

### DOCKET CORRECTION NOTICE
_____

No.  17-1374,    <u>Kenneth L. Hunter v. Town of Mocksville, NC</u>
                 1:12-cv-00333-TDS-JEP

TO:  Reynolds Michael Elliot
     Robert Mauldin Elliot

BRIEF OR APPENDIX CORRECTION DUE:  October 4, 2017

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[X] Volume IV is not included in the electronic upload of the corrected appendix.  Please file all **7** volumes of the corrected electronic appendix within one entry. Please do not hesitate to contact our ECF help desk at 804.916.2767 if you experience any trouble.

Emily Musser, Deputy Clerk
804-916-2704