**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 5, 2017

_____

DOCKET CORRECTION NOTICE
_____

No.   17-1374,        <u>Kenneth L. Hunter v. Town of Mocksville, NC</u>
                     1:12-cv-00333-TDS-JEP

TO:   Reynolds Michael Elliot
      Robert Mauldin Elliot

BRIEF OR APPENDIX CORRECTION DUE:  October 6, 2017

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[X] Paper copies of the corrected joint appendix are insufficient. Volume contents do not correspond with the correct appendix covers. Volume I (pages 1 to 420) has contents for volume VII (pages 2508-2864). Volume VII (pages 2508 to 2864) has contents of Volume V (pages 1666 to 2089). Volume V (pages 1666 to 2089) has contents of Volume I (pages 1-420) Volume II is missing pages 821-822.  Please file corrected paper copies.

Emily Musser, Deputy Clerk
804-916-2704