# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

October 11, 2017

Norwood Pitt Blanchard, III
CROSSLEY MCINTOSH COLLIER HANLEY & EDES PLLC
5002 Randall Parkway
Wilmington, NC 28403

No.  17-1374,    Kenneth L. Hunter v. Town of Mocksville, NC
                 1:12-cv-00333-TDS-JEP

Dear Mr. Blanchard:

Please advise the court on or before October 18, 2017 whether you intend to file a response brief on behalf of Robert W. Cook and Christine W. Bralley.

Sincerely,

/s/ Emily Musser
Deputy Clerk

cc:
Reynolds Michael Elliot
Robert Mauldin Elliot
Albert Mansell Benshoff
Stephen John Dunn
Patrick Houghton Flanagan
Philip Marshall Van Hoy
Cathryn MacDonald Little
William J. Johnson
Joseph Michael McGuinness
Narendra K. Ghosh